# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADEPHIA)

| | |
|---|---|
| In re:<br><br>1822 S. Dover Street, LLC,<br>    Debtor | Case No. 25-14905-pmm<br><br>(Chapter 11)<br><br>**Honorable Patricia M. Mayer** |
| Lima One Capital, LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV2 Trust,<br><br>v.<br><br>1822 S. Dover Street, LLC,<br>    Debtor | |

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

Lima One Capital, LLC, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV2 Trust has filed herein a Motion for Relief from Stay Under 11 U.S.C. 362(d) to foreclose on and/or take possession and control of properties described as follows:

1822 S DOVER STREET, PHILADELPHIA, PA 19145

1827 S DOVER STREET, PHILADELPHIA, PA 19145

1830 S DOVER STREET, PHILADELPHIA, PA 19145

1900 S NEWKIRK STREET, PHILADELPHIA, PA 19145

1905 S 29TH STREET, PHILADELPHIA, PA 19145

1911 S 30TH STREET, PHILADELPHIA, PA 19145

1941 S 30TH STREET, PHILADELPHIA, PA 19145

2934 NEW HOPE STREET, PHILADELPHIA, PA 19145

4904-7201-1873, v. 1

THE COURT, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted, and Lima One Capital, LLC, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV2 Trust, its servicers, predecessors, successors or assigns, is hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, foreclose on and/or pursue its state law rights and remedies allowed under the Deed of Trust, including and not limited to short sales or deed in lieu of foreclosure, as to the property above described (but not to seek to enforce any judgment Movant may obtained against the debtor(s) personally or the debtor(s) post-petition property. If applicable, the Chapter 11 Trustee will make no more distributions on Movant's secured claim.

~~ALTERNATIVELY, the Court being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that effective immediately upon entry of this order, the Debtor is to commence making monthly adequate protection payments to Movant in the amount of $10,395.57 and such payments shall continue until the earlier of the confirmation of Debtor's plan or dismissal of the case.~~

The Court further orders that the 14-day Stay under F.R.B.P. 4001(a)(4) is waived.

Dated: **May 13, 2026**　　　.

BY THE COURT:

*Patricia M. Mayer*

Hon. Patricia M. Mayer,
United States Bankruptcy Judge

4904-7201-1873, v. 1