## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **1822 S. Dover Street, LLC,**

|  |  |  |
|---|---|---|
|  | : | **Chapter 11** |
|  | : | |
|  | : | **Case No. 25-14905 (PMM)** |
|  | : | |
| **Debtor.** | : | |

### ORDER DISMISSING BANKRUPTCY CASE

**AND NOW** upon consideration of the Order to Show Cause (doc. #20);

AND for the reasons stated at the May 13, 2026 hearing;

It is hereby **ordered** that:

1)  This bankruptcy case is **dismissed**; and

2)  The Debtor shall pay all outstanding fees to the Office of the United States Trustee on

or before **June 1, 2026**.

**Date:  5/13/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**