United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-14905-pmm

1822 S. Dover Street, LLC                                                                  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2026 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 1822 S. Dover Street, LLC, 1817 S. Dover Street, Philadelphia, PA 19145-1621 |
| cr | | City of Philadelphia Law Department, City of Philadelphia Law Department, City of Philadelphia Law Department, Tax Litigation & Collections Unit, Philadelphia, PA 19102 UNITED STATES |
| intp | + | Louis DeFranco, 1817 S.Dover Street, Philadelphia, PA 19145-1621 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 14 2026 00:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 14 2026 00:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lima One Capital, LLC as servicer for Wilmington S |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026                    Signature:          /s/Gustava Winters
                                                                _____

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

District/off: 0313-2                         User: admin                                    Page 2 of 2
Date Rcvd: May 13, 2026                      Form ID: pdf900                                Total Noticed: 5

| Name | Email Address |
| --- | --- |
| MAGGIE S SOBOLESKI | on behalf of Debtor 1822 S. Dover Street  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor City of Philadelphia Law Department pamela.thurmond@phila.gov |
| RACHEL WOLF | on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

Case 25-14905-pmm    Doc 30-1    Filed 09/19/26    Entered 09/18/26 20:41:36    Desc
Proposed Order    Page 1 of 2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADEPHIA)**

| | |
|---|---|
| In re: | Case No. 25-14905-pmm |
| 1822 S. Dover Street, LLC, <br>     Debtor | (Chapter 11) |
| | **Honorable Patricia M. Mayer** |
| Lima One Capital, LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV2 Trust, <br><br> v. <br><br> 1822 S. Dover Street, LLC, <br>     Debtor | |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

Lima One Capital, LLC, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV2 Trust has filed herein a Motion for Relief from Stay Under 11 U.S.C. 362(d) to foreclose on and/or take possession and control of properties described as follows:

    1822 S DOVER STREET, PHILADELPHIA, PA 19145

    1827 S DOVER STREET, PHILADELPHIA, PA 19145

    1830 S DOVER STREET, PHILADELPHIA, PA 19145

    1900 S NEWKIRK STREET, PHILADELPHIA, PA 19145

    1905 S 29TH STREET, PHILADELPHIA, PA 19145

    1911 S 30TH STREET, PHILADELPHIA, PA 19145

    1941 S 30TH STREET, PHILADELPHIA, PA 19145

    2934 NEW HOPE STREET, PHILADELPHIA, PA 19145

4904-7201-1873, v. 1

THE COURT, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted, and Lima One Capital, LLC, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV2 Trust, its servicers, predecessors, successors or assigns, is hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, foreclose on and/or pursue its state law rights and remedies allowed under the Deed of Trust, including and not limited to short sales or deed in lieu of foreclosure, as to the property above described (but not to seek to enforce any judgment Movant may obtained against the debtor(s) personally or the debtor(s) post-petition property. If applicable, the Chapter 11 Trustee will make no more distributions on Movant's secured claim.

~~ALTERNATIVELY, the Court being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that effective immediately upon entry of this order, the Debtor is to commence making monthly adequate protection payments to Movant in the amount of $10,395.57 and such payments shall continue until the earlier of the confirmation of Debtor's plan or dismissal of the case.~~

The Court further orders that the 14-day Stay under F.R.B.P. 4001(a)(4) is waived.

Dated: **May 13, 2026** .

BY THE COURT:

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer,
United States Bankruptcy Judge

4904-7201-1873, v. 1