United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-14905-pmm

1822 S. Dover Street, LLC                                                       Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2026 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 1822 S. Dover Street, LLC, 1817 S. Dover Street, Philadelphia, PA 19145-1621 |
| cr | | City of Philadelphia Law Department, City of Philadelphia Law Department, City of Philadelphia Law Department, Tax Litigation & Collections Unit, Philadelphia, PA 19102 UNITED STATES |
| intp | + | Louis DeFranco, 1817 S.Dover Street, Philadelphia, PA 19145-1621 |
| 15078992 | + | JILL FEIN, ESQUIRE, HILL WALLACK, LLP, 1000 FLORAL VALE BLVD. SUITE 300, Morrisville, PA 19067-5582 |
| 15078993 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, C/O LIMA ONE CAPITAL, LLC, 201 EAST MCBEE AVENUE, SUITE 300, Greenville, SC 29601-2884 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 14 2026 00:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 14 2026 00:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15084862 | Email/Text: megan.harper@phila.gov | May 14 2026 00:44:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 15085955 | Email/Text: megan.harper@phila.gov | May 14 2026 00:44:00 | City of Philadelphia Law Department, Pamela Elchert Thurmond,Esquire, City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lima One Capital, LLC as servicer for Wilmington S |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-2

User: admin

Page 2 of 2

Date Rcvd: May 13, 2026

Form ID: pdf900

Total Noticed: 9

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MAGGIE S SOBOLESKI | |
| | on behalf of Debtor 1822 S. Dover Street  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| PAMELA ELCHERT THURMOND | |
| | on behalf of Creditor City of Philadelphia Law Department pamela.thurmond@phila.gov |
| RACHEL WOLF | |
| | on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  **1822 S. Dover Street, LLC,**

|                |     |                          |
|----------------|-----|--------------------------|
|                | :   | **Chapter 11**           |
|                | :   |                          |
|                | :   | **Case No. 25-14905 (PMM)** |
|                | :   |                          |
| **Debtor.**    | :   |                          |

**ORDER DISMISSING BANKRUPTCY CASE**

**AND NOW** upon consideration of the Order to Show Cause (doc. #20);

AND for the reasons stated at the May 13, 2026 hearing;

It is hereby **ordered** that:

1) This bankruptcy case is **dismissed**; and

2) The Debtor shall pay all outstanding fees to the Office of the United States Trustee on

   or before **June 1, 2026**.

Date:  **5/13/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**