CAN SOMEONE WORK THIS OUT FOR ME NO ONE WANTS TO HOLD ME I AM GONNE TO THE COURTS AND GET A HEARING WHY DONT ONLY WANT TO HOLD ME YOU PEOPLE DOD THIS TO ME AND YOU ARE NOT GONNE TO HOT A WAY WITH THIS



FILED
MAY 2 1 2026
CLERK OF COURT

25.14905

## Important Information

This communication is from Onity Mortgage Corporation ("Onity Mortgage"), formerly known as PHH Mortgage Corporation.

Your Loan has been accelerated. The total amount of $189,495.78 is due.

### Explanation of Amount Due

| | |
|---|---|
| Total new fees and charges | $607.32 |
| Outstanding fees and charges | $3,761.78 |
| Assessed expenses | $1,834.01 |
| Past due payment(s) | $21,525.27 |
| **Accelerated amount** | **$189,495.78** |
| (not a payoff amount) | |

### Account Information

| | |
|---|---|
| Property address: | |
| 2436 S SARTAIN ST | |
| PHILADELPHIA, PA 19148 | |
| Outstanding balance (not payoff amount) | $176,318.57 |
| Current interest rate | 9.4900 % |
| Prepayment penalty | Yes |
| Escrow balance | -$3,449.20 |
| Suspense balance | $2,500.00 |
| Maturity date | 1/1/2051 |

### Past Payments Breakdown

| | Paid since last statement | Paid year to date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (taxes and/or Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Optional products | $0.00 | $0.00 |
| Partial payment (unapplied/suspense)* | $0.00 | $2,500.00 |
| **Total** | **$0.00** | **$2,500.00** |

*Partial Payments: The account is presently past due, any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage. Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for a payoff quote

### Reminders

Please note the account has been referred to an attorney to start foreclosure proceedings. Prior to remitting payment you MUST contact the attorney for the full reinstatement amount as the amount above may have changed. If you need information regarding the attorney assigned to the account. please contact customer service at 1-866-672-5706.

If you have been approved for a loss mitigation workout program, please refer to your agreement for payment details.

*[Handwritten: ZACK / MAGGIE I NEED BOTH OF YOU TO STOP THESE PEOPLE CHARGING ME ALL OF THESE FEES, LAST MONTH THE BILL WAS ONLY 117,000 NOW IT IS 189.00

I WANT A COURT HEARING ZACH YOU WAS SUPPOSED TO TAKE CARE OF THIS OVER 1½ YEARS AGO, WHAT HAPPENED!!]*

1 of 3

Complete this coupon; tear it off and return with your check

| | |
|---|---|
| Account number : 8016135678 | |
| LOUIS DIFRANCO | |
| Payment due date | 6/1/2026 |
| Total amount due | $189,495.78 |

### Amount Due — $189,495.78

| | |
|---|---|
| Extra principal | $ |
| Extra escrow | $ |
| Unpaid late charges | $ |
| Other (specify) ____ | $ |
| **Total check enclosed** | $ |

If you're paying more than the amount due, please tell us where you want us to apply the extra amount. If we do not receive your instructions, we'll apply the extra amount first to unpaid late charges and then to principal. Please write your account number on your check and make it payable to Onity Mortgage Corporation

Onity Mortgage Corporation
ATTN:SV 19
PO BOX 24781
WEST PALM BEACH FL 33416-4781

99 954 8016135678 0000255087 0000242940 3

If you are experiencing financial difficulty: See the back of page 1 of your statement for information about mortgage counseling or assistance.

Case 25-14905-pmm Doc 32 Filed 05/21/26 Entered 05/21/26 15:00:37 Desc Main Document Page 3 of 6

The first notice or filing required by applicable law for the foreclosure process has been made.

NO ONE CARES ABOUT ME AII THE LETTER I SENT AII OF YOU PEOPLE BEGINE YA TO HEP ME NOTHING, I CAN PAY 1000 DOLLAR ON EACH UNTIL I GOT THIS APTOSMNT RENTED, THEN I CAN PAY 2000 ON EACH LOAN THATS 4000 EACH MONTH, WHY DONT YOU PEOPLE WANT TO HELP ME $$$

3 of 3

## Important Information

This communication is from Onity Mortgage Corporation ("Onity Mortgage"), formerly known as PHH Mortgage Corporation.

Your Loan has been accelerated. The total amount of $82,500.40 is due.
Your account is presently due for the 10/1/2024 payment.

### Explanation of Amount Due

| | |
|---|---|
| Total new fees and charges | $646.03 |
| Outstanding fees and charges | $10,753.27 |
| Assessed expenses | $17,572.02 |
| Past due payment(s) | $151,420.91 |
| **Accelerated amount** | **$82,500.40** |
| (not a payoff amount) | |

*THYS LOAN WAS ONLY SUPPOSED TO BE 80,000 Dollars Now it is 89,00*

### Account Information

Property address:

2918 NEW HOPE ST
PHILADELPHIA, PA 19145-1625

| | |
|---|---|
| Outstanding balance (not payoff amount) | $150,045.74 |
| Current interest rate (until 10/2024) | 10.9900 % |
| Prepayment penalty | No |
| Escrow balance | -$2,738.00 |
| Suspense balance | $97,305.00 |
| Maturity date | 10/1/2024 |

### Past Payments Breakdown

| | Paid since last statement | Paid year to date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (taxes and/or insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Optional products | $0.00 | $0.00 |
| Partial payment (unapplied/suspense)* | $0.00 | $97,305.00 |
| **Total** | **$0.00** | **$97,305.00** |

*Partial Payments: The account is presently past due, any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage. Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for a payoff quote

### Reminders

The account has matured effective October 1, 2024 and all outstanding balances are now due in full. Call us to request a payoff quote prior to remitting any funds. Please note that this is not the payoff quote and any amount less than the payoff quote will be returned.

Please note the account has been referred to an attorney to start foreclosure proceedings. Prior to remitting payment you MUST contact the attorney for the full reinstatement amount as the amount above may have changed. If you need information regarding the attorney assigned to the account. please contact customer service at 1-866-672-5706.

If you have been approved for a loss mitigation workout program, please refer to your agreement for payment details.

*PLEASE GUYS I NEED Your HELP THIS IS SPITE WORK, NO ONE WANT TO HELP ME ?? I NEED TO KNOW WHAT WE ARE Gonna to DO !!!*

1 of 3

---

Complete this coupon; tear it off and return with your check

Account number : 7241349104
1822 S DOVER ST LLC

| | |
|---|---|
| Payment due date | 6/1/2026 |
| Total amount due | $82,500.40 |

### Amount Due — $82,500.40

| | |
|---|---|
| Extra principal | $ |
| Extra escrow | $ |
| Unpaid late charges | $ |
| Other (specify) _____ | $ |
| **Total check enclosed** | $ |

If you're paying more than the amount due, please tell us where you want us to apply the extra amount. If we do not receive your instructions, we'll apply the extra amount first to unpaid late charges and then to principal. Please write your account number on your check and make it payable to Onity Mortgage Corporation



Onity Mortgage Corporation
ATTN:SV 19
PO BOX 24781
WEST PALM BEACH FL 33416-4781

99 954 7241349104 0000000000 0000000000 3



## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  1822 S. Dover Street, LLC,

                           :        **Chapter 11**

                           :

                           :        **Case No. 25-14905 (PMM)**

                           :

    Debtor.                  :

## ORDER DISMISSING BANKRUPTCY CASE

**AND NOW** upon consideration of the Order to Show Cause (doc. #20);

AND for the reasons stated at the May 13, 2026 hearing;

It is hereby **ordered** that:

1)  This bankruptcy case is **dismissed**; and

2)  The Debtor shall pay all outstanding fees to the Office of the United States Trustee on

    or before **June 1, 2026**.

*Patricia M. Mayer*

Date:  5/13/26

                           _____
                           **PATRICIA M. MAYER**
                           **U.S. BANKRUPTCY JUDGE**



## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADEPHIA)

| | |
|---|---|
| In re:<br><br>1822 S. Dover Street, LLC,<br>　　　Debtor | Case No. 25-14905-pmm<br><br>(Chapter 11)<br><br>**Honorable Patricia M. Mayer** |
| Lima One Capital, LLC as servicer for<br>Wilmington Savings Fund Society, FSB, not in<br>its individual capacity, but solely as trustee of<br>MFA 2022-INV2 Trust,<br><br>v.<br><br>1822 S. Dover Street, LLC,<br>　　　Debtor | |

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

Lima One Capital, LLC, as servicer for Wilmington Savings Fund Society, FSB, not in its

individual capacity, but solely as trustee of MFA 2022-INV2 Trust has filed herein a Motion for

Relief from Stay Under 11 U.S.C. 362(d) to foreclose on and/or take possession and control of

properties described as follows:

　　　1822 S DOVER STREET, PHILADELPHIA, PA 19145

　　　1827 S DOVER STREET, PHILADELPHIA, PA 19145

　　　1830 S DOVER STREET, PHILADELPHIA, PA 19145

　　　1900 S NEWKIRK STREET, PHILADELPHIA, PA 19145

　　　1905 S 29TH STREET, PHILADELPHIA, PA 19145

　　　1911 S 30TH STREET, PHILADELPHIA, PA 19145

　　　1941 S 30TH STREET, PHILADELPHIA, PA 19145

　　　2934 NEW HOPE STREET, PHILADELPHIA, PA 19145

4904-7201-1873, v. 1

005581                               23408005586018