## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  1822 S. Dover Street, LLC,    :       Chapter 11

                                   :

                                   :       Case No.   25-14905 (PMM)

                                   :

       Debtor.                    :

## O R D E R

AND NOW, upon consideration of the Letter filed by 1822 S. Dover Street, LLC (doc. #32, the "Letter");

BUT the Letter not being filed by counsel who represented the Debtor in this dismissed case;

AND the Letter failing to state any factual or legal basis for relief;

It is hereby ORDERED that the Letter is stricken.

Date:  5/29/26

_Patricia M. Mayer_

_____

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**