United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

1822 S. Dover Street, LLC

    Debtor

Case No. 25-14905-pmm

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 1822 S. Dover Street, LLC, 1817 S. Dover Street, Philadelphia, PA 19145-1621 |
| intp | + | Louis DeFranco, 1817 S.Dover Street, Philadelphia, PA 19145-1621 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MAGGIE S SOBOLESKI | on behalf of Debtor 1822 S. Dover Street  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor City of Philadelphia Law Department pamela.thurmond@phila.gov |
| RACHEL WOLF | on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  **1822 S. Dover Street, LLC,**     :        **Chapter 11**
                                            :
                                            :        **Case No.   25-14905 (PMM)**
                                            :
        **Debtor.**                         :

**O R D E R**

AND NOW, upon consideration of the Letter filed by 1822 S. Dover Street, LLC (doc.
#32, the "Letter");

BUT the Letter not being filed by counsel who represented the Debtor in this dismissed
case;

AND the Letter failing to state any factual or legal basis for relief;

It is hereby **ORDERED** that the Letter is **stricken**.

Date:  **5/29/26**     _____
                       **PATRICIA M. MAYER**
                       **U.S. BANKRUPTCY JUDGE**